163 A.3d 872

IN THE MATTER OF DAVID A. WALKER, AN ATTORNEY
AT LAW (ATTORNEY NO. 020951983)

July 7, 2017

ORDER

**DAVID A. WALKER,** formerly of **PLAINFIELD,** who was admitted to the bar of this State in 1983, having pleaded guilty in the Superior Court of New Jersey to conspiracy to facilitate the crime of using a runner in violation of *N.J.S.A.* 2C:21–22.1 and *N.J.S.A.* 2C:5–2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DAVID A. WALKER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DAVID A. WALKER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DAVID A. WALKER** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.